IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ORBITAL TECHNOLOGIES CORP.,

                                                                 ORDER

            Plaintiff,

                                                                08-cv-220-bbc

    v.

PFO LIGHTING, INC.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Having reviewed the parties' submissions on claims construction, I am persuaded that a hearing would assist the court in resolving the parties' disputes. Accordingly, IT IS ORDERED that the clerk of court is directed to schedule a hearing on claims construction in this case for 9:00 am on Friday, October 3, 2008. Each side will have 90 minutes to present its argument or offer testimony in support of its proposed constructions.

      Entered this 8th day of September, 2008.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge